SUPREME COURT OF NEW JERSEY
C-879 September Term 2015
076463

STATE OF NEW JERSEY,

    PLAINTIFF-RESPONDENT,

        V.

AVRAM GOTTLIEB,

    DEFENDANT-PETITIONER.

ON PETITION FOR CERTIFICATION

**FILED**

JUN - 3 2016

CLERK

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000222-11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 1st day of June, 2016.

CLERK OF THE SUPREME COURT

The foregoing is a true copy
of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY